```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 22270
    KENNETH J WHITE SR
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES
           Debtor
    SSN XXX-XX-3895


-----------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 06/05/05 and confirmed on 10/21/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  67800.00 .

    4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
-----------------------------------------------------------------------------
GMAC RESCAP LLC           CURRENT MORTG        .00            .00            .00
OLD REPUBLIC INSURANCE    SECURED              .00            .00            .00
AMERICAN HONDA FINANCE C  NOTICE ONLY          .00            .00            .00
AMERICAN HONDA FINANCE C  SECURED              .00            .00            .00
GMAC PAYMENT CENTER       SECURED VEHIC   40025.00        1324.16       40025.00
CHASE AUTOMOTIVE FINANCE  UNSECURED       19742.02            .00        8607.57
ECAST SETTLEMENT CORPORA  UNSECURED       12212.98            .00        5324.89
CHASE MANHATTAN BANK USA  UNSECURED       NOT FILED          .00            .00
ANESTHESIA ASSOCIATES     UNSECURED       NOT FILED          .00            .00
FDS NATIONAL BANK         UNSECURED       NOT FILED          .00            .00
FDS NATIONAL BANK         UNSECURED        5990.57           .00         2611.90
FDS NATIONAL BANK         UNSECURED        8499.62           .00         3705.85
ILLINOIS COLLECTION SERV  UNSECURED       NOT FILED          .00            .00
LINCARE                   UNSECURED       NOT FILED          .00            .00
MEMPHIS LIGHT GAS & WATE  UNSECURED       NOT FILED          .00            .00
MEMPHIS ORTHOPAEDIC GROU  UNSECURED         205.00           .00           89.38
METRO AREA PAIN CONSULTA  UNSECURED       NOT FILED          .00            .00
NICOR GAS                 UNSECURED       NOT FILED          .00            .00
MEMPHIS PATHOLOGY LA      UNSECURED       NOT FILED          .00            .00
WASTE MANAGEMENT          UNSECURED       NOT FILED          .00            .00
-----------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
-----------------------------------------------------------------------------
SPECIALTY ORTHOPEDICS     UNSECURED         219.49           .00           95.70
ST PAUL                   UNSECURED       NOT FILED          .00            .00
UNION PLANTERS BANK       UNSECURED       NOT FILED          .00            .00
           Summary of disbursements:
-----------------------------------------------------------------------------
                     SECURED     PRIORITY    UNSECURED     OTHER        TOTAL
-----------------------------------------------------------------------------
```

```
TOTAL CLMS ALLOWED      40025.00              .00      46869.68          .00      86894.68
PRINCIPAL PAID          40025.00              .00      20435.29          .00      60460.29
INTEREST PAID            1324.16              .00           .00          .00       1324.16
TOTAL PAID              41349.16              .00      20435.29          .00      61784.45
```

The Debtor's attorney, RICHARD E SEXNER            , was allowed $   3410.00
and was paid $    406.00   direct and $   3004.00   through the plan.

The Trustee received $   3011.55 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/12/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE